March 2, 1984.

473 A.2d 646

Am. Lumber, Appellant (at Nos. 737, 3039 & 3335), v. Murphy, Appellant (at 2857).

Argued November 17, 1983.   Richard J. Conn, for appellant (at Nos. 737, 3039 & 3335), and for appellee (at No. 2857); Kenneth M. Rodgers, for appellants (at No. 2857) and for appellees (at Nos. 737, 3039 & 3335).

556

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

The orders of the trial court dated February 3, 1982, September 27, 1982, and November 3, 1982, are vacated. Case remanded for further proceedings. We do not retain jurisdiction.